[No. 51435-1-I. Division One. August 23, 2004.]

MCINERNEY-BAKER, ET AL., *Respondents*, v. CHARLES F. VULLIET, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-2-06590-4, Steven G. Scott, J., entered July 29 and October 28, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Baker and Kennedy, JJ.

[No. 52246-9-I. Division One. August 23, 2004.]

*In the Matter of the Marriage of* SHALINI YADAV, *Respondent*, and ANIL KUMAR YADAV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-01949-1, Suzanne M. Barnett, J., entered March 28, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Cox, C.J. and Baker, J.

[No. 52343-1-I. Division One. August 23, 2004.]

VELINDA WILLIAMS, *Appellant*, v. LADONNA JONES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12723-1, Laura Gene Middaugh, J., entered April 18, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 52543-3-I. Division One. August 23, 2004.]

*In the Matter of the Marriage of* TERRI L. RUSCH, *Respondent*, and ROBERT J. RUSCH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-00361-7, Helen Halpert, J., entered May 23, 2003. *Reversed* by unpublished per curiam opinion. Now published at 124 Wn. App. 226.